BENEFICIAL FINANCE COMPANY OF NEW YORK, INC., Appellant, v. SAMUEL H. DADDA, Respondent.— HERLIHY, J.

Gibson, P. J., Herlihy, Reynolds, Staley, Jr., and Gabrielli, JJ., concur in memorandum by Herlihy, J.